# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Karen Woodward, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:13-cv-00887-MGL |
| GC Services, L.P.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Karen Woodward, and Defendant GC Services, L.P. ("GC"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against GC, with each side to bear its own fees and costs.

Dated: July 31, 2013

Respectfully submitted,

| Karen Woodward | GC Services, L.P. |
|---|---|
| */s/ Brian J. Headley* | */s/ Seslee S. Mattson* |
| Brian J. Headley, Attorney at Law | Seslee S. Mattson, Esq. |
| District of South Carolina Bar ID No. 11427 | Morris Manning and Martin |
| 145 Historic Drive | 1600 Atlanta Financial Center |
| Mount Pleasant, SC 29464 | 3343 Peachtree Road NE, Suite 1600 |
| Telephone: (855) 301-2100 ext. 5532 | Atlanta, GA 30326 |
| Facsimile: (888) 953-6237 | Telephone: (404) 233-7000 |
| Email: bjheadley@yahoo.com | Facsimile: (404) 365-9532 |
| *Attorneys for Defendants* | Email: smattson@mmmlaw.com |
| *Of Counsel to* | *Attorneys for Defendants* |
| Lemberg & Associates, LLC | |
| 1100 Summer Street, 3rd Floor | |
| Stamford, CT 06905 | |
| Telephone: (203) 653-2250 | |
| Facsimile: (888) 953-6237 | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2013, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  */s/ Brian J. Headley*
                                                Brian J. Headley, Esq.